

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 94 CR 458-2 |
| v. | Judge Charles R. Norgle, Sr. |
| GUILLERMO OLIVARES | |

### PROTECTIVE ORDER REGARDING DOCKET NUMBER 543

Upon the motion of the government, it is hereby ORDERED:

1. Docket Number 543 in Case No. 94 CR 458-2 and all information contained therein are subject to this protective order and may not be disseminated without further order of this Court.

2. Individuals who obtained access to Docket Number 543 through this Court's Order on October 19, 2010 shall not use or release the document of Docket Number 543 or its contents, or disclose the document of Docket Number 543 or its contents, directly or indirectly to any person or entity.

3. Individuals who obtained access to Docket Number 543 through this Court's Order on October 19, 2010 shall not copy or reproduce Docket Number 543 or the information therein.

4. Individuals who obtained access to Docket Number 543 through this Court's Order on October 19, 2010 shall not disclose any notes or records of any kind that they made in relation to the contents of Docket Number 543 and shall destroy originals and copies of such notes that were made.

5. Nothing contained in this Order shall preclude any party from applying to this Court for further relief or for modification of any provision hereof.

ENTER:

CHARLES R. NORGLE, SR.
United States District Court for the
Northern District of Illinois

Date: 10/22/2010